UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND

Civil Action No. 04-cv-177-HRW

CHESTER J. HITCH, PLAINTIFF,

v. **JUDGMENT**

JO ANNE B. BARNHART
COMMISSIONER OF SOCIAL SECURITY, DEFENDANT.

In conformity with the Memorandum Opinion and Order entered this date:

**IT IS HEREBY ORDERED AND ADJUDGED** that the Commissioner's decision be **REVERSED** and that this action be **REMANDED** for further consideration by the Commissioner pursuant to sentence four of 42 U.S.C. §405 (g). On remand, the ALJ is directed to further develop the record pursuant to 20 C.F.R. § 404.1512(e)(1).

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be **DISMISSED** and **STRICKEN** from the docket of this Court.

This June 9, 2005.



Signed By:
*Henry R Wilhoit Jr.*
United States District Judge